1 | GREGORY P. EINHORN (106709)
**LAW OFFICES OF GREGORY P. EINHORN**
2 | 854 MANZANITA COURT, SUITE 110
CHICO, CA 95926
3 | Telephone: (530) 898-0228
Facsimile:  (530) 898-0877
4

Attorneys for Plaintiff MELISSA WOODALL
5

JOSE-MANUEL A. de CASTRO (213769)
6 | **DE CASTRO LAW GROUP**
9000 W. Sunset Boulevard, Suite 450
7 | Los Angeles, CA 90069
Telephone: (310) 270-9877
8 | Facsimile:  (310) 341-2330

9 | Attorneys for Defendants WINDSOR CHICO CARE CENTER,
LLC and S&F MANAGEMENT COMPANY, LLC,
10 | doing business as SNF Management

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MELISSA WOODALL, | CASE NO. 2-12-CV-02465-LKK-CMK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WINDSOR CHICO CARE CENTER, WINDSOR CHICO CARE CENTER, LLC, and SNF MANAGEMENT, | **[F.R.C.P. 41(a)(1)(i)]** |
| Defendants. | |

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice. The parties have reached a settlement resolving all claims relative to this action, and all conditions, covenants and agreements pursuant to the terms of that settlement have been performed.

1. Stipulation and Order for Dismissal with Prejudice {F.R.C.P. 41(a)(1)(i)}

Please take notice that in accordance with the above stipulation regarding settlement, the following assigned dates should be vacated:

Final Pretrial Conference:   7/7/2014 at 1:30 p.m.

Jury Trial:   10/7/2014 at 10:30 a.m.

DATED: March 7, 2014                LAW OFFICES OF GREGORY P. EINHORN


By   /s/ Gregory P. Einhorn
     Gregory P. Einhorn
Attorneys for Plaintiff MELISSA WOODALL

DATED: March 18, 2014               DE CASTRO LAW GROUP


By   /s/ Jose-Manuel A, de Castro
     Jose-Manuel A. de Castro
Attorney for Defendants WINDSOR CHICO CARE CENTER, LLC and S&F MANAGEMENT COMPANY, LLC, doing business as SNF MANAGEMENT

IT IS SO ORDERED:

Dated: April 4, 2014.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2. Stipulation and Order for Dismissal with Prejudice [F.R.C.P. 41(a)(1)(i)]